Our fourth case for this morning is Coleman v. Department of Labor Review Commission Mr. Crum Good morning and may it please the Court Magistrate judges lack the protections of Article III and therefore, Session 636 conditions their authority on the consent of the parties The plaintiff looks at it and says this looks like a case that's going nowhere He kicks it over to the district court judge I think that there are three ways this could happen Your Honor The first is that these types of cases could simply be assigned to a district judge in the first instance That's how some districts do it Until both consents come in would be your view Correct Because we of course have the first consent Correct, we have Mr. Coleman's consent on the record Another option would be what you suggested, which is that the magistrate judge basically treats this as a 636B referral And the district judge is the one that actually enters final judgment A final option would be to just delay the screening process until after the defendant has been served and has consented to the court's jurisdiction That seems, because your opponents are making a practical argument Basically saying who's hurt in the screening situation when the case gets sort of cut off at the knees before it ever even gets to the defendants Is there room for that kind of argument in your view or is that impermissible given wellness and various other Supreme Court cases about Article III judges? I don't believe that the inquiry here is whether or not there was a harm to the defendant The jurisdiction of the courts is something that this court can raise on its own instance In fact, this court or any court cannot assume that it has jurisdiction and then enter a decision on the merits It must affirmatively make that determination So the arguments that the commission makes as to whether or not they were harmed by the screening process I think are somewhat irrelevant We did identify some harms in our reply brief I think that there are many individuals who would like to know that a lawsuit has been filed against them If you are a prison guard or a police officer and an inmate or a suspect has filed a claim against you You might want to know that because it's relevant to your employment Similarly for a doctor who has been sued on a malpractice claim by a patient I think many people would want to know that that has occurred And as we discussed in our reply brief, certain principles of issue preclusion only attach once service process has happened So while we disagree with them about whether or not there is a harm to the defendant I agree with your suggestion, Judge Wood, that that is not the proper inquiry here The proper inquiry is whether or not the magistrate judge had the authority under Section 636C And if the magistrate judge did not have that authority It was improper for him to step into the role of an Article III judge and enter a final judgment in this case And one indication that we have that the magistrate judge overstepped his authority Is Congress' selection and differentiation between the words party and parties Now the commission What is the bad consequence of what the magistrate judge did? Why are you objecting to it? I think that there is a harm to the judiciary Harm to the judiciary? What are you talking about? I think that there is a harm that occurs when any actor assumes the role of an Article III judge When they have not been appointed by the president Why? When you're dismissing the case, which is fine with the defendant obviously The defendant doesn't care whether it's done by a magistrate judge or Article III judge What's the harm? Well, to argue by analogy, if a district judge I don't want an argument by analogy, I want you to tell me what the harm is I think the harm, and this goes back to when the Federal Magistrate Act was passed in 1979 And as this court stated in its juris opinion in the 1980s That the entry of final judgment by a magistrate judge is the most constitutionally suspect aspect Why? Because that is the one thing that actually closes a case, it terminates an action It prevents Mr. Coleman from proceeding with his claim Well maybe your answer is that maybe you can't identify a harm But the Supreme Court has taken a formalistic approach to this And the Supreme Court has said, whether in wellness Or whether in the case of the Ninth Circuit trying to use a territorial judge Or whether voir dire in felony cases or what have you I don't think that there are a certain number of things For perhaps purely formal reasons have to happen before an Article III judge I mean I'm not sure that you can answer the harm question to be honest Because I'm sure, I mean we have very good magistrate judges You could probably have the magistrate judges handling a great number of trials Even without consent And I would be hard pressed to say that there was harm in that either If I was thinking of competence Are those cases involving dismissal before the defendant is served? Sorry I didn't hear your question sir Are those cases involving dismissal before the defendant is served? I believe the cases that Judge Wood was articulating For instance the Nguyen case is a case where the Ninth Circuit invited I believe it was the Chief Judge of the District Court of the Northern Mariana Islands To hear a case from the District Court of Guam Isn't this case unusual? This case is different from those cases I mean it's not like the magistrate judge delivering a judgment at the end of a trial Or anything like that right? But it's a merits judgment right? Yes it is a merits judgment And it's more to me of a case management issue From the magistrate standpoint Because what's the point of going through the cost of service to a defendant And you're saying he wouldn't have to do that If he just gave it to the district judge and said I need you to enter this order A very brief one paragraph report and recommendation So the defendant is still spared service Being annoyed by the case etc. It's just that an Article 3 judge I think it's a very formalistic rule myself I think if you got into harm You would have a difficult time reconciling the other cases I don't know what the harm of a magistrate judge doing felony voir dire is either Should they do a fine job? Well I agree with the suggestion that this is largely a question about case management And I believe that in many district courts around the country There are essentially pro se law clerks Law clerks who are not assigned to any particular judge Who screen these types of cases And make recommendations And motions panels handle these types of things at the court of appeals level And at the district court level I think that in a situation like here Where there has not been service of process In order to avoid any type of concerns under either Article 3 To avoid what? To avoid any constitutional concerns under Article 3 Or to avoid problems under Section 636C What does Article 3 have to do with it? Well I think Article 3 has to do with this case Because when Congress enacted the Federal Magistrate Act It realized that it was vastly expanding the authority of non-Article 3 adjudicators To do things like entering final judgments Well the Supreme Court has talked about that, right? Indeed, in the Royal Decision But in a case like this, has it? The Supreme Court has not addressed the screening situation So why not distinguish those cases From ones in which the defendant hasn't been served And you want to get rid of the case? I don't think those cases are necessarily distinguishable Because of the very clear text of the statute here Congress was very purposeful when it selected the term parties As opposed to party Every time Congress uses the term parties in the statute It's linked to notions of consent And likewise, every time the term consent is used It's linked to the plural form of parties But it sounds so pointless I don't believe it's Even if it is pointless, Your Honor I think that that is the rule that Congress has laid down I don't like that Pointless rules Pointless formalities That slows everything up So for instance There's no point There ought to be a point The law ought to have some function Rather than just be a collection of formalisms Well I do think that jurisdiction As sort of a body of law Is largely a collection of formalisms For instance, if a plaintiff fails If a plaintiff fails to appeal something Within the 30 or 60 day appeal deadline And appeals on the 31st day Or the 61st day There isn't necessarily any harm there In terms of Oh, they got one extra day to write their brief But the Supreme Court has instructed In the Bowles v. Russell case That you cannot hear that lawsuit That a court of appeals lacks jurisdiction over that So even though there's not necessarily a harm to the defendant I think there are rules that courts need to follow Because in order to have any type of Notion of rule of law Or authority to decide things We need to have very clear jurisdictional rules And there's no carve out In 636C For a situation Like our situation Or the situation in this case That's correct, Your Honor And the Nitzke decision Which the Commission cites, and we cite in our reply brief Notes that the screening process has existed Since the Federal Magistrate Act Was initially passed It's undergone some changes and some evolutions since then But that screening process was in place So Congress was presumably aware That the IFP process worked in this regard And if it wanted to create a carve out Where for IFP cases Or for screening, magistrate judges Could enter final judgment It could have done so And we see in the legislative history Of the Federal Magistrate Act of 1979 That there were proposals In Social Security review cases And FTCA cases To allow magistrate judges To enter final judgment without the consent of the parties Those are sort of the public rights cases That you see Sort of Used to see as an exception to the Article 3 rules And Congress decided against allowing magistrate judges To enter final judgment in those cases Because of the uproar from the Federal Bar Association And other entities That thought that these types of judgments An uproar? What is that about? Well, uproar might be the wrong term But there was a hearing Firm opposition, I think is what you want to say Vigorous opposition Why? What was the basis of it? It was the Article 3 concerns That I was mentioning earlier And I think in the 1970s there was a concern That the caseload of the federal judiciary Was increasing exponentially Compared to past decades And there was a fear that Because not enough Article 3 judges Were being confirmed That the judiciary would be swallowed up by magistrate judges Who would basically become adjuncts And would be running the There was a lot of heated rhetoric Floating around at that time Just in terms of whether or not magistrates Could be members of the judicial conference Whether they could be on judicial conference committees And there was lobbying For the term magistrate judge Instead of being called magistrate So this all came up in that context Exactly, Your Honor And we've become somewhat normalized And habituated to it today that magistrate judges Are treated as sort of functional equivalents Of Article 3 judges When you have a Section 636C referral But I still think we need to respect The line that Congress drew And this type of slow creep Into the areas like entering Final judgment as what happened here That occurred are the types of things That Congress was concerned about And even though it is largely formalistic I think it is the type of formalistic rule That this court should follow If there are no other questions I'd like to reserve the remaining of my time For rebuttal All right, apparently that would be fine Good morning, Mr. Russomano Good morning I represent the State Defendant in this matter We appreciate your appearance Since of course your client Has not been served I'm Assistant Attorney General Anthony Russomano If there were to be a defendant In the trial court It would be you Well they're your client I suppose They just aren't involved in this case formally At this moment Correct, our understanding is we're here At invitation from the court To help give perspective On this jurisdictional issue primarily And as our Brief attempts to convey We would urge the court To take a pragmatic approach We think the Relevant statute and case law Allows it and we think the screening context And really this is only about the screening context I don't see where the statute Allows it though, I mean I certainly Take the point that we're discussing A formal rule Not something that is A pragmatic rule because if we went Down the pragmatic line I might be Delighted to give the magistrate judges A great number of cases Because I think they are Fine, they're just like everybody else But if you look at 636 It lays out quite carefully What the authorities Of the magistrate judges Are going to be in 636 A And It also Provides for the Consents and so I think one of the Questions is what's the starting point Is it they can act Unless the authority is taken Away from them or is it they can't Act unless the authority is Given to them because if it's the First of those your argument might be correct But if it's understood That you have to use an article 3 Judge unless there's permission In 636 somewhere I don't see the permission even though Screening is a preliminary Thing it can yield A judgment on the merits namely Dismissal for failure to state a claim Well your honor We think at least where we would locate It there would be Permission there would be authority in the statute What language of the statute are you looking At that's Under sub c sub 1 so you think consent of the Parties plural means under The dictionary act consent of The party singular but I Have a contextual problem With that given The way this statute Operates It seems to me that the idea Is everybody has to be okay with It and you aren't there yet So I mean obviously there are all sorts of things In the federal rules and in the statutes That Acknowledge party status to people who Aren't served yet throw rule 4 Away if that weren't the case And certainly Other rules as well So I guess In the face of ambiguity Which way do you go It's not even ambiguity with the Lack of Of you know a section In A adding to the List in A number 6 The power to dismiss A case upon IFP screening You know that would be fine If that were there and maybe that would be Consistent with the constitution for all I Know but the supreme court has been Very fussy About this area over the years That's what worries me about your position Sure your honor And maybe I'll take I think there's a couple questions there The first one is we would say that the term parties And I think this is Supported by the case law and the dictionary act Can mean party So when you see the word parties it can be read as a singular If it makes sense in context And so we propose that it does make sense In the present context of screening For the reasons we discussed But if it doesn't make sense you would have to Actually say in C1 That there was sort of an implicit Clause at the end that says Whenever other Parties haven't been served Because you would agree I take it That if everybody's been served The word parties in C1 Has to mean everyone Yes your honor So you're embroidering this With a lot of extra language I suppose That's one way of looking at it your honor I think another way perhaps Is that You would read upon consent of the party And then The next applicable Phrase would be may conduct any or all Proceedings At the screening phase which is a proceeding So you have to add At the screening phase because you need Everybody's consent after screening Is over It's just a lot of I mean I call it Embroidery I mean there's However sensible it may be that That's not what this sentence says And if you use the word parties Plural to mean parties singular You don't want to do that I take it you don't want to do that to undo The normal 636C Process your clients the state of Wisconsin And other people are sued all the time And you want to have your say about whether It's going to be a district court judge or magistrate judge Absolutely your honor and I think And maybe this is I guess the nuance Of our argument that you wouldn't interpret Party or parties singular or plural For all circumstances one way or the other It would change sometimes it would Be plural sometimes singular Isn't that a little unsettling Well I think it's the nature of party the word Party and I think that some of the cases talk about that It is something that can mean all kinds of Things you could be party In other cases The interpretation Of party your honor No what was done here The magistrate judge dismissing A case because the defendant hadn't Been served Is this the first case To do this no your honor so If I understand your question One of the provisions of the statute Says a magistrate Judge may be assigned such additional Duties as are not inconsistent With the constitution And each district judge shall establish Rules etc etc Is it possible to argue that The court Eastern district of Wisconsin Has tacitly Established Tacitly authorized the Magistrate judges to do this I think actually I don't know if it's in this record but I think it's True that you have to authorize the magistrate To do this at all so it's Part of the initial language we're looking At it has to be specifically Designated to exercise just Such jurisdiction by the district Court so that article 3 judge Has to decide to empower the magistrate And then the party Or parties would consent So and if I could Pivot back to judge woods question On the supreme court's concerns And perhaps if the article 3 Issue We don't think there is one and we Think that the Well first the case is Well why was there an article 3 issue and when I mean that case had A territorial judge only one Was a panel of three judges As far as I know What was the harm Well your honor I think that's a different Circumstance and I'll try to explain why I understand that but the very same arguments Can be made about that As we're discussing here I know article 4 judges aren't The same as article 1 judges But there are similarities It's not an article 3 judge The supreme court got all fussy about it And said no you can't have anybody But an article 3 judge on this Panel of the 9th circuit And some of the distinction might be this I'll take it in two steps first is that I don't think there's a disagreement On this that your right to an article 3 Judge is for the most part personal And the cases talk about that the wellness international Case the Garris case from this court It's usually personal so if you Consent then usually that answers the article 3 question there's some talk that You could go too far and say congress Could create a system where You do start running afoul of separation Of powers issues where they're taking something away From the judiciary What they should be doing And I think that framework when that line Would be crossed isn't here and that's because The magistrates are hired By the district judges They can be fired by them and as we just discussed The district judge the article 3 judge has to decide to Then give these duties to the magistrate And then a party or parties Would have to consent there's a lot of Built in protections both for the Article 3 court and the parties In this system for the magistrates That I don't Think would necessarily parallel In every respect the example you were Giving your honor but has this Happened before I mean this You know dismissal before the defendant Is served In the Wisconsin Yes your honor So the district judges know about this presumably Presumably your honor They haven't stepped in and said we didn't authorize You to do this that's right your honor And I would and there's some cases In the briefs that there's this court's Haynes case which was under 1915a for inmates but it has The same screening mechanism in the current There was the one other case Which is something we called I think To the party's attention in the briefing order In the Neal's case which is a different circuit But there's also the Haynes case in this Circuit that discussed the issue It acknowledges the issue And says okay there's not A deep analysis of it but I don't Think it was looked at all that carefully Actually at the time so in any event We're looking at it now so we're listening to you So I'll Talk a bit about my our big picture argument And we have it in the brief so I won't Belabor it but The Idea that at screening screening special In the sense that the It's not like a normal dispute where the defendant can Lose anything in screening If you get past screening then the defendant has All their defenses can answer can move To dismiss can do all the things you'd normally do as a party But the commencement date even In a case that has to be screened for Purposes of you know did you File in time for the statute of limitations Or triggering Various other obligations Is the date of filing Not the date when the district court Decides that you can proceed After screening That would have to be right your honor I assume for reasons of fairness but I haven't Independent right because the Defendants are sorry the plaintiff has no Ability to control How long it takes the district court judge To get a magistrate judge whoever Screening correct correct job done But I would point out that maybe For other purposes in the sense of when a Defendant comes in and a complaint is Filed in that sense I believe this Court's Hutchinson v. Spink case discusses that a complaint is Filed in that sense Triggering the length of time you have to answer So that other sense of filing Is after the screening process And I'd Like to briefly touch on a couple Points that my opponent raises and that is Posits that a defendant Really does want to be involved in screening They just don't know it or they might be in Some future case just to clarify This Court's cases talk about Screening as preclusive I believe the court Would put it more in an issue preclusive sort of sense So you can't just keep going through this This 1915 Process of screening over and over again If you're dismissed at screening there is a Preclusive effect and that's in the Gladney case No we've definitely said that I think actually the Situation I've worried about more Is if the district court judge And let's just say the district court Institutionally no matter who it is the magistrate judge Article 3 judge Screens and says yeah It looks like there's something here Now the defendant gets served And the defendant has already lost a 12b6 Motion before ever Having the chance to say anything about it And some Prisoners and others Actually file cases that survive screening Right and I Understand your point as being practical Of course the defendant still could move to dismiss But you've Got not to use a baseball Metaphor on such a fraught day But you You've got a couple of Strikes against you Sure but there's also and I would be Speaking just from experience but I know people Do file motions to dismiss after screening And I've won one So you might the attorney might see There's only two strikes it's not all three The attorney might see something That wasn't there before if it wasn't addressed Then they're free to raise it and it's possible To succeed on that But often you're right they'll see The writing on the wall but maybe that's helpful Maybe that doesn't waste time then With the motion and moves on to summary Judgment or what have you And the other this is more of a nuance Point that I wanted to just make sure was clear In case it comes up in the court's decision Is that there's some distinctions made In my opponent's brief between the PLRA The Prison Litigation Reform Act And the informal POPRIS screening process And just to Make the point is that the PLRA Actually amended both So it created these inmate Specific provisions but it also created the 1915 E provisions We're talking about here for informal POPRIS Plaintiffs And it changed it so that it's mandatory dismissal Based on failure to state a claim So that's actually the same Statute that did both of these things And that might matter to this court's Analysis of the Haynes case This court were wondering whether to follow Haynes One of this court's cases I don't know that there's a good way to Versus not inmate. I think either Haynes is right for screening or it isn't Would be what we Propose I won't Get into whether Mr. Coleman stated a claim I think that's in our brief to the extent it needs To be but I'm happy to take questions on that if the Court wishes. I don't think that's unless Nobody's interested that's not necessary Okay if there's no further questions I'll Sit down. Alright thank you very much We appreciate your coming And Mr. Crum Thank you I'd like to make two points in my rebuttal Time. The first is to address The question of whether or not this Has happened in other cases and As we've discussed throughout the briefs In this case this court has had Two decisions that are somewhat intentional With one another. The first is the Jeanne case which is from 1985 And there the court dealt with the situation Where not all the defendants had been served And this court refused to Infer consent and refused to take jurisdiction Over the case because of constitutional Overtones and then later as The commission mentions there's the Haynes case Which is the 1997 case Under the PLRA where without even Mentioning the Jeanne case this court Exercised jurisdiction over the merits And said that you know consent Was not necessary because it was for the limited Purpose of the Spears hearing And the screening procedures. So to the I would argue that the prior Case, the Jeanne case is the one that controls Because it's earlier in time and that Haynes sort of departed without Acknowledging that it was departing from the precedent And going outside of the Seventh Circuit Both the Fifth and the Eighth Circuits have addressed Similar questions and then Neal's decision Which this court's courts Would be different having the Magistrate judge Acting As a Ruling in this case or A district judge It might not matter for the actual result You know you could see situations It wouldn't matter for anything I think it matters As to what authority The magistrate judge has under section 636C What differences it makes Again I think It's all just Pointless formalities In some ways jurisdictional Statutes are formalities but I do think Usually there's some kind of Logic to them right What's the logic here I think that the Logic here is that Congress was concerned That magistrate judges Would take on too many responsibilities Congress obviously didn't foresee This situation I think There's no indication that Congress foresaw the screening Situation but Congress did foresee things Like social security reviews FTCA cases And those are the types of things that in many instances Magistrate judges Would handle today and Congress said You still need to have consent in our final judgment there And so to just go quickly back To the other circuit cases I would just point the court To the Henry case out of the 8th circuit I think there the 8th circuit took the appropriate approach And determined that consent was necessary And the thing that I'd like to close on Is just what the appropriate disposition here is Because we argue in our brief that vacature Is the appropriate disposition Because although this court has said in some cases That a de facto report and recommendation Remains pending in the district court There's two problems with that here The first is that there's actually no district judge Assigned to this case that would necessarily Be one who could get the Objections to that report and recommendation And finally any time period Did you ask for one No but no judge Was ever, no district judge was ever assigned By the clerk's office so if you look at the last No district judge was ever assigned To this case by the clerk's office It came straight up here from the magistrate judge Correct How did you ask for a district judge Mr. Coleman was proceeding pro se below And so he did not ask for one But obviously if given the opportunity We would ask for one And just to make my final point if I may The time period, the 14 day time period To follow objections to reports and recommendations Has passed so that's why we believe That vacature is the appropriate remedy here So that can't be used against Mr. Coleman Thank you Alright thank you and thank you as well Mr. Crum For you and your firm for accepting Our invitation to take this case on So we actually have A lot to thank for on both sides of this case And for excellent presentations We will take the case under advisement